# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DBEST PRODUCTS, INC.<br><br>PLAINTIFF(S)<br><br>v.<br><br>GUANGZHOU NANZHOUKEJI YOUXIANGONGSI<br><br>DEFENDANT(S). | CASE NUMBER:<br><br>2:25−cv−04619−ODW−SSC<br><br><br>**NOTICE TO FILER OF DEFICIENCIES IN REQUEST FOR ISSUANCE OF SUMMONS** |

**PLEASE TAKE NOTICE:**

The following problem(s) have been found with your electronically filed document:

|   6/2/25   |   11   |   Request for Summons   |
|---|---|---|
| Date Filed | Doc. No. | Title of Doc. |

**ERROR(S) WITH DOCUMENT:**

The caption of the summons must match the caption of the complaint verbatim. If the caption is too large to fit in the space provided, enter the name of the first party and then write "see attached." Next, attach a face page of the complaint or a second page addendum to the Summons.

*Other Error(s):*

Missing specific party identification : Plaintiff ..MISSING "a California corporation"; defendant Missing: :a Chinese company ...to match exactly to the Complaint caption. NOTE: Filer used incorrect event "Subpoena Request (AO 88)" and additional event Summons request ... Please use only correct summons request event .

The summons cannot be issued until this defect has been corrected. Please correct the defect and re−file your summons request.

Clerk, U.S. District Court

– NOTICE TO FILER OF DEFICIENCIES IN REQUEST FOR ISSUANCE OF SUMMONS –

Date: June 3, 2025                    By: /s/ Linda Chai  Linda_Chai@cacd.uscourts.gov
                                              Deputy Clerk

**Please refer to the Court's website at www.cacd.uscourts.gov for Local Rules, General Orders, and applicable forms.**

– NOTICE TO FILER OF DEFICIENCIES IN REQUEST FOR ISSUANCE OF SUMMONS –